

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 1, 2023

**BY ECF**

Judge Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Application GRANTED. Sentencing is hereby ADJOURNED to May 3, 2023, at 2:15 p.m. The Clerk of Court is directed to terminate Doc. #60. SO ORDERED.

*[signature]*

March 2, 2023

Re:   *United States v. Castano-Loaiza*, 19 Cr. 648 (JMF)

Dear Judge Furman:

      The Government respectfully writes, on behalf of the United States Probation Office, to request that the sentencing for defendant Carlos Alberto Castano-Loaiza be adjourned from March 30, 2023 to a date in early May 2023.  The Government has been advised by the Probation Office that the defendant's sentencing needs to be adjourned to allow the Probation Office sufficient time to prepare the defendant's pre-sentence investigation report.  The parties do not object to that request.

      Respectfully,

      DAMIAN WILLIAMS
      United States Attorney

By:   *[signature]*
     Elinor L. Tarlow
     Assistant United States Attorneys
     (212) 637-1036

cc:  Defense Counsel (by ECF)